UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ERICK ZAK, et al.,

        Defendants.

ECF CASE

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 1171

TO:    Clerk of Court
          United States District Court
          Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

          Respectfully submitted,

          MICHAEL J. GARCIA
          United States Attorney for the
          Southern District of New York

By:    /s/ Nicholas L. McQuaid
        Nicholas L. McQuaid
        Assistant United States Attorney
        (914) 993-1936
        Nicholas.McQuaid@usdoj.gov