# BLEAKLEY PLATT

NEW YORK   CONNECTICUT

MARY ANNE WIRTH
914.287.6108
MAWIRTH@BPSLAW.COM

BLEAKLEY PLATT & SCHMIDT, LLP

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

# MEMO ENDORSED

February 15, 2008

2/15/08
APPLICATION GRANTED

Matters adj to 3/14/08 at 1:00 p.m.
Time Excluded.

(By Facsimile)(212-805-6326)
Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street – Rm. 640
New York, New York 10007

Re: United States v. Erik Zak, Danny Valenzuela
07 Cr. 1171

Dear Judge McMahon:

I represent Erik Zak in the above matter. This case was previously assigned to the Hon. Charles L. Brieant in White Plains. I am writing to request that this case be adjourned until March 14, 2008 at 1:00 pm for the next conference. This case was scheduled for a conference before Judge Brieant on February 26, 2008. As I advised the Clerk's Office, I am unable to appear for a conference on Friday, February 29, 2008 because I am conducting moot court arguments with my first year legal writing class at Fordham Law School on that date.

I have obtained the consent of AUSA Nicholas McQuaid and George Fufidio, Esq., counsel for Danny Valenzuela, to my request that the next conference in this case be conducted on Friday, March 14, 2008 at 1:00 pm. On behalf of my client, I agree that the time between February 26, 2008 and March 14, 2008 will be excluded for purposes of the Speedy Trial Act. Mr. Fufidio has advised me that he likewise consents to this adjournment for purposes of the Speedy Trial Act, on behalf of Mr. Valenzuela.

I can be reached at 914-287-6108.

Very truly yours,

Mary Anne Wirth

cc: AUSA Nicholas McQuaid (by facsimile)
George Fufidio, Esq. (by facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08