

U.S. Department of Justice

United States Attorney
Southern District of New York

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

# MEMO ENDORSED

May 21, 2008

**BY HAND**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

5/22/08
Matter adj to 6/27/08
at 2:00pm. Time Excluded
through 6/27 in the interest
of justice
[signed] Colleen McMahon

Re: <u>United States v. Erick Zak, et al.</u>
07 Cr. 1171 (CM)

Dear Judge McMahon:

The Government respectfully submits this letter to request, with the consent of defense counsel, that the conference in the above-referenced case, scheduled for May 23, 2008 at 1:00 p.m., be adjourned until June 27, 2008, at 2:00 p.m.. The Government also requests, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 23, 2008 through June 27, 2008. The Government believes such an exclusion would be in the interest of justice because it would allow the Government and the defendants to continue to engage in plea negotiations in an effort to resolve the case without the need for trial.

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: [signed]
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

cc: Mary Anne Wirth, Esq. (By Fax)
    George Fufidio, Esq. (By Fax)