# BLEAKLEY PLATT

NEW YORK    CONNECTICUT

MARY ANNE WIRTH
914.287.6108
MAWIRTH@BPSLAW.COM

BLEAKLEY PLATT & SCHMIDT, LLP

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

## MEMO ENDORSED

September 2, 2008

(By Facsimile)(212-805-6326)
Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street – Rm. 640
New York, New York 10007

*[Handwritten endorsement:] 9/2/08 Matter adj to 11/14/08 at 2 pm. Time Excluded through 11/14/08* [Signed] Colleen McMahon

Re: United States v. Erik Zak, Danny Valenzuela
07 Cr. 1171

Dear Judge McMahon:

I represent Erik Zak in the above matter. This case was previously assigned to the Hon. Charles L. Brieant in White Plains, and is presently scheduled for a conference on September 12, 2008 at 3:00 p.m.

I am writing to request that this case be adjourned until November 14, 2008 at 2:00 pm for the next conference. The purpose of this adjournment is so that ongoing plea negotiations may continue. AUSA Benjamin Allee, to whom this case is assigned, had discussions with Your Honor's clerk in White Plains regarding the November 14, 2008 date, and I am likewise available on that date. On behalf of my client, I agree that the time between September 12, 2008 and November 14, 2008 will be excluded for purposes of the Speedy Trial Act.

I can be reached at 914-287-6108.

Very truly yours,

Mary Anne Wirth

cc: AUSA Benjamin Allee (by facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
[Date:] 9/2/08